Walter O'Cheskey
Standing Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79424
(806)748-1980 Office
(806)748-1956

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
**MICHAEL PONTICIAN III**

**DEBTOR(S)**

CASE NO. 13-70324 - HDH -13

**Hearing Date:** 10/16/2013
**Hearing Time:** 10:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

　　COMES NOW WALTER O'CHESKEY, Standing Chapter 13 Trustee (hereinafter referred to as Trustee), and files this Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1　　Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on 9/6/2013.

2　　Debtor(s) are below median income per 11 U.S.C. Sec. 1325 (b)(4).

3　　Trustee is uanble to verify Debtor's income on Schedule I as his spouse's income records from her new employer have not been provided to the Trustee.

4　　Trustee objects to confirmation in accordance with 11 U.S.C. 1325 (b)(1)(B) as Trustee is unable to verify all available disposable income is being committed to the plan.

　　WHEREFORE, the Trustee prays that the Bankruptcy Court deny Confirmation of the Debtor(s) Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

Date: 10/9/2013

Respectfully submitted,
/s/ Walter O'Cheskey
6308 Iola Avenue
Lubbock, TX 79424

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

Debtor(s) Attorney
MONTE J WHITE
ATTORNEY AT LAW
1106 BROOK AVE HAMILTON PLAC
WICHITA FALL TX   76301-0000

Debtor(s)
MICHAEL PONTICIAN III

404 W CLARA

IOWA PARK     TX   76367

Date:  10/9/2013

/s/ Walter O'Cheskey
Office of the Standing Trustee

MICHAEL PONTICIAN III
404 W CLARA
IOWA PARK        TX   76367