Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

MICHAEL PONTICIAN III

CASE NO: 13-70324-HDH-13
HEARING DATE: 11/20/2013
HEARING TIME: 10:00 AM

## NOTICE OF CONTINUED HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 11/20/2013 at 10:00 AM at the following location

VIDEO HEARING:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 11/20/2013 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    10/17/2013

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF CONTINUED HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date: 10/17/2013

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

AMERICAN INFOSOURCE MIDLAND FUNDING INC PO BOX 268941 OKLAHOMA CITY OK 73126
ASSET ACCEPTANCE ATTN: BANKRUPTCY DEPT PO BOX 2036 WARREN MI 48090
BANK OF AMERICA ATTN: RECOVERY DEPARTMENT 4161 PEIDMONT PKWY GREENSBORO NC 27410
BANK OF AMERICA PO BOX 982238 EL PASO TX 79998
CALVARY PORTFOLIO SERVICES ATTENTION: BANKRUPTCY DEPARTMENT 500 SUMMIT LAKE DR STE 400 VALHALLA NY 10595
CITIBANK PO BOX 790034 ST LOUIS MO 63179
CITY OF IOWA PARK, IPISD, WICHITA CO C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
GECRB/CHEVRON ATTENTION: BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PA 19101
IOWA PARK ISD & CITY PO BOX 428 IOWA PARK TX 76367
MGC MORTGAGE INC 1 CORPORATE DRIVE SUITE 360 LAKE ZURICH IL 60047
MICHAEL PONTICIAN III 404 W CLARA IOWA PARK TX 76367
MIDLAND FUNDING 8875 AERO DR STE 200 SAN DIEGO CA 92123
MILITARY STAR/AAFES ATTENTION: BANKRUPTCY PO BOX 650060 DALLAS TX 75265
POSTAL FAMILY CU PO BOX 4825 WICHITA FALLS TX 76308
RUBY ELAINE PONTICIAN 404 W CLARA IOWA PARK TX 76367
SHELL OIL/CITIBANK ATTN: CENTRALIZED BANKRUPTCY PO BOX 20363 KANSAS CITY MO 64195
SST-CIGPF1C 4315 PICKETT ROAD SAINT JOSEPH MO 64503
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4 FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE WASHINGTON DC 20530
WICHITA COUNTY PO BOX 1471 WICHITA FALLS TX 76307